# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Jacksen,<br><br>Plaintiff,<br><br>v.<br><br>Chapman Scottsdale Autoplex, LLC, an Arizona Limited Liability Company, d/b/a Chapman Volkswagen Scottsdale Arizona,<br><br>Defendant. | No. CV-21-00087-PHX-DGC<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice. Doc. 53.

**IT IS ORDERED:**

1. All claims of the Plaintiff are hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.
2. The claims of any putative class members are dismissed without prejudice.
3. All pending hearings and deadlines are vacated.
4. The Clerk's Office is directed to close this case.

Dated this 21st day of March, 2023.

_David G. Campbell_
David G. Campbell
Senior United States District Judge